United States District Court
District of South Dakota

| | |
|---|---|
| Sean Harris<br>Plaintiff | Civ No. 14-5013 |
| -V- | Summary Judgement on Defendants |
| Sgt Houston<br>C/O Moore et al.<br>Defendants | Ex-Parte |

Comes now Plaintiff, Sean Harris requesting an order for the $15,000 demanded in the complaint, due to failure to respond to the Summons within the 21 day service.

Respectfully,

Sean Harris

**FILED**
MAY 22 2014
CLERK

Certificate of Service

I certify I have mailed:

- Letter for Judge Viken
- Motion Summary Judgement for each Party

With the Clerk of the Court for the United States District Court for the Western Division by first-class mail.

*Sean E Harris*

Sean Harris #36544
Mike Durfee State Prison
1412 Wood St
Springfield SD 57062