UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| SEAN EDWARD HARRIS, | ) | Case No.: 14-5013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SARGEANT HOUSTON, Sargeant at Pennington County Jail, and C/O MOORE, Correctional Officer at Pennington County Jail, | ) ) ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

The undersigned attorney, Donald P. Knudsen, of Gunderson, Palmer, Nelson & Ashmore, L.L.P., of Rapid City, South Dakota, hereby notices his appearance, as counsel on behalf of the Defendants in the above-entitled action, and requests that copies of all further pleadings, affidavits, or motions in the above-entitled matter be served upon the undersigned attorney.

Dated this 14th day of July, 2014.

                                                GUNDERSON, PALMER, NELSON
                                                    &ASHMORE, LLP

                                                  By:*/s/ Donald. P. Knudsen*
                                                       Donald P. Knudsen
                                                       Attorneys for defendants,
                                                       506 Sixth Street
                                                       P.O. Box 8045
                                                       Rapid City, SD  57709
                                                      Telephone: (605) 342-1078
                                                      E-mail:  dknudsen@gpnalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify on July 14, 2014, a true and correct copy of Notice of Appearance was served electronically through the CM/ECF system and mailed by first-class mail to:

Sean Harris
Mike Durfee State Prison
1412 Wood Street
Springfield, SD 57062

                                                                 By: :/s/Donald. P. Knudsen
                                                                     Donald P. Knudsen