UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| SEAN EDWARD HARRIS, ) | Case No.: 14-5013 |
| ) | |
| Plaintiff, ) | |
| ) | MOTION FOR LEAVE TO |
| v. ) | FILE A MEMORANDUM AT A |
| ) | LATER DATE |
| SARGEANT HOUSTON, Sargeant at ) | |
| Pennington County Jail, and C/O MOORE, ) | |
| Correctional Officer at Pennington County Jail, ) | |
| ) | |
| Defendants. ) | |

Defendants respectfully request the Court to issue an order permitting them to submit a memorandum in support of their motion to set aside the clerk's entry of default at a later date. Legal counsel has not yet had the opportunity to review the file or discuss the case with the Defendants. Reviewing the file and discussing the case with the clients is necessary to provide the Court with information concerning whether County Defendants have a meritorious defense, which is an important factor when considering a motion to set aside default. Therefore, Defendants respectfully request the Court to issue an order granting Defendants leave to file a memorandum in support of their motion to set aside the clerk's entry of default until a later date.

Respectfully submitted this 14th day of July, 2014.

                GUNDERSON, PALMER, NELSON
                    &amp; ASHMORE, LLP

                By:/s/ Donald. P. Knudsen
                  Donald P. Knudsen
                  Attorneys for Defendants
                  506 Sixth Street
                  P.O. Box 8045
                  Rapid City, SD  57709
                  Telephone: (605) 342-1078
                  E-mail:  dknudsen@gpnalaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify on July 14, 2014, a true and correct copy of Motion for Leave to File a Memorandum at a Later Date was served electronically through the CM/ECF system and mailed by first-class mail to:

Sean Harris
Mike Durfee State Prison
1412 Wood Street
Springfield, SD 57062

                                                      By: */s/Donald. P. Knudsen*
                                                         Donald P. Knudsen